IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ELIJAH THOMAS, #251765,          *
                                 *
      Plaintiff,                 *
                                 *
vs.                              *   CIVIL ACTION NO:13-00338-WS-B
                                 *
WARDEN GYLES, *et al.*,          *
                                 *
      Defendants.                *

                            ORDER

      After due and proper consideration of all portions of this

file deemed relevant to the issue raised, and there having been

no objections filed, the Report and Recommendation of the

Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED**

as the opinion of this Court.   It is **ORDERED** that that this

action be transferred to the United States District Court for

the Middle District of Alabama.

**DONE** this 22nd day of August, 2013.


                        s/WILLIAM H. STEELE
                        CHIEF UNITED STATES DISTRICT JUDGE