IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ELIJAH THOMAS, #251765,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO:13-00338-WS-B |
| **WARDEN GYLES,** *et al.*, | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that that this action be transferred to the United States District Court for the Middle District of Alabama.

**DONE** this 22nd day of August, 2013.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**