```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

ELIJAH THOMAS, #251765,            *
                                   *
    Plaintiff,                     *
                                   *
vs.                                *   CIVIL ACTION NO:13-00338-WS-B
                                   *
WARDEN GYLES, *et al.*,            *
                                   *
    Defendants.                    *

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be transferred to the United States District Court for the Middle District of Alabama.

**DONE** this 22nd day of August, 2013.

                                      **s/WILLIAM H. STEELE**
                                      **CHIEF UNITED STATES DISTRICT JUDGE**